# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GERRY L. RANSON,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　Case No. 4:21-cv-430-AW-MAF

**ROBERT FUTCH,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation, ECF No. 8, to which there has been no objection. I have determined that the Report and Recommendation should be adopted, and I now incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 12, 2022.

                                          s/ *Allen Winsor*
                                          United States District Judge